■ Otu A. Obot, Appellant, v National Fuel Gas Distribution Corporation, Respondent. (Appeal No. 1.) [915 NYS2d 882]— Appeal from an order of the Supreme Court, Erie County (Timothy J. Drury, J.), entered February 8, 2010. The order granted the motion of defendant for permission to enter plaintiff's residence for the purpose of moving the interior gas meter to the exterior.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.

■ Otu A. Obot, Appellant, v National Fuel Gas Distribution Corporation, Respondent. (Appeal No. 2.) [915 NYS2d 882]— Appeal from an order of the Supreme Court, Erie County (Timothy J. Drury, J.), entered March 30, 2010. The order dismissed plaintiff's complaints and directed that, in the event that plaintiff decides to bring another claim against defendant, he must first obtain leave of court.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.